UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL SHIYOU and SYLVIA SHIYOU**                                          **PLAINTIFFS**

**V.**                                          **CIVIL ACTION NO. 1:06CV319 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**
**and STEPHEN RICHARD SAUCIER**                                          **DEFENDANTS**

### ORDER GRANTING PLAINTIFFS' MOTION TO REMAND

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the plaintiffs' motion to remand [9] is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Circuit Court of Hancock County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed;

That the motion of Defendant Stephen Richard Saucier to dismiss the complaint [8] is hereby **DENIED WITHOUT PREJUDICE** to the right of the defendant to refile his motion following remand.

That the plaintiffs' motion for an extension of time to file a rebuttal memorandum in support of the motion to remand [13] is hereby **GRANTED**;

That the defendant's motion for an extension of time to file a reply memorandum in opposition to the motion to remand [12] is hereby **GRANTED**.

**SO ORDERED** this 31st day of July, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge